IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; and COUNCIL ON WILDLIFE AND FISH , a non-profit organization,

Plaintiffs,

vs.

EMILY PLATT, in her official capacity as Forest Supervisor for the Helena-Lewis and Clark National Forest; TOM SCHULTZ, in his official capacity as Chief of the U.S. Forest Service; the UNITED STATES FOREST SERVICE, a federal agency; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; the UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency; DOUG BURGUM, in his official capacity as Secretary of the Interior; and the UNITED STATES DEPARTMENT OF THE INTERIOR, a federal department,

Defendants.

CV 26-78-M-KLD

ORDER

The above-named Federal Defendants have filed a motion to transfer venue to the Helena Division of this Court pursuant to Local Rule of Procedure 3.2(c)(1).

(Doc. 8). Plaintiffs Native Ecosystems Council, Alliance for the Wild Rockies, and Council on Wildlife and Fish oppose the motion. (Doc. 14).

Having considered the parties' respective arguments, the Court agrees with Federal Defendants that venue is proper in the Helena Division. Accordingly, and for the reasons outlined in Federal Defendants' briefing (Docs. 9 and 15),

IT IS ORDERED that Federal Defendants' Motion for Intradistrict Transfer of Venue to the Helena Division (Doc. 8) is GRANTED. The Clerk of Court is directed to transfer this matter to the Helena Division.

DATED this 24th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge